UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SEGUNDO VICTOR RIVERA PINOS, et al., :
:
                Plaintiffs, :      24-CV-4358 (PAE) (OTW)
:
                -against- :      **ORDER**
:
ASTOR & STONE INC., et al., :
:
                Defendants. :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On December 5, 2024, the Court referred the parties to the Court-annexed Mediation Program. (ECF 21). The last entry on the docket is a mediation conference held on March 18, 2025, which also indicates that mediation status was due by April 17, 2025. (*See* Docket). Nothing has been filed on the docket since March 18, 2025.

Accordingly, the parties are directed to file a joint status letter on the docket by **Monday, June 23, 2025,** updating the Court on the status of this case.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: June 20, 2025                    **Ona T. Wang**
       New York, New York         United States Magistrate Judge