**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

SEGUNDO VICTOR RIVERA PINOS, et al.,    :

    :

    Plaintiffs,    :    24-CV-4358 (PAE) (OTW)

    :

    -against-    :    **ORDER**

    :

ASTOR & STONE INC., et al.,    :

    :

    Defendants.    :

-----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference call on December 8, 2025.

The Court will hold another Preliminary Settlement Conference call on **Tuesday, January 27, 2026 at 4:00PM.** The call will be adjourned if parties file a letter in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) in advance of the scheduled call date. Please call Chambers at 212-805-0260 when all counsel are on the line.

SO ORDERED.

_s/ Ona T. Wang_

Dated: December 10, 2025    **Ona T. Wang**
    New York, New York    United States Magistrate Judge