**MEMO ENDORSED.**



## PARDALIS & NOHAVICKA, LLP
### ATTORNEYS

June 10, 2026

**VIA ELECTRONIC CASE FILING**
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:**    *Segundo Victor Rivera Pinos, et al.* **v.** *Astor & Stone, Inc., et al.*
       **Case No.: 1:24-cv-04358 (PAE) (OTW)**
       **Request for Adjournment on Consent**

Dear Honorable Judge Wang:

We represent the Defendants Astor & Stone, Inc. ("Astor"), and Dimitrios Tsoumas ("Tsoumas") (collectively, "Defendants") in the above-referenced matter. This matter is currently scheduled for an in-person status conference on June 30, 2026. Unfortunately, I will be out of the country from June 21, 2026, through June 30, 2026. Accordingly, I respectfully request a brief adjournment of the conference. I have conferred with Plaintiff's counsel, who consents to this request. Counsel for the parties propose the following dates for the adjourned conference: July 6, 21, 27, 30.

In alternative, counsel for the parties may be available on additional dates, including dates prior to June 21, 2026, for a telephonic conference. A telephonic conference may be preferable to an in-person appearance as there are no substantive issues that need to be addressed with the Court. The settlement agreement has not yet been finalized solely because I have been unable to make contact with my client despite my best efforts. The last time I spoke with my client, he advised me that he wanted to proceed with the settlement, and that he was in poor health. It is possible that my client's health condition is the reason for my inability to make contact with him.

We thank the Honorable Court for its consideration of this application.

Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

Israel Klein, Esq.
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Israel@pnlawyers.com
*Attorneys for Defendants*

cc:    Counsel of record (via ECF)

The conference on June 30 is **ADJOURNED** to **Thursday, July 1, 2026 at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel for Defendants may bring his clients in order to execute the settlement agreement on the record.

The conference may be adjourned sine die if Defendants file the fully executed Settlement agreement in advance of the conference.

**SO ORDERED.**

_____
Ona T. Wang                    June 11, 2026
U.S.M.J.