

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

June 26, 2026

Via ECF:
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    ***Pinos et al v. Astor & Stone Inc. et al***
**Civil Docket No.: 1:24-cv-04358-PAE-OTW**

Dear Judge Wang:

Our office represents Plaintiffs in the above-referenced matter, and we submit this letter motion jointly to respectfully request an adjournment of the in-person status conference scheduled on July 1, 2026 at 10:00 a.m. The reason for this request is that the undersigned is out of office on that date and is unavailable to attend the conference. Additionally, the other attorneys from our office are unavailable to attend the conference due to previously scheduled vacations and court appearances on unrelated matters.

Counsel for Defendants consents to this request. If the Court grants this request, the are mutually available on July 29, 2026 after 2:00 p.m., August 4, 2026 at anytime, and August 11, 2026 after 12:00 p.m. This is the second request for an adjournment.

We thank the Court for its kind attention to this matter and remain available to provide any additional information.

Respectfully submitted,

*/s/KatelynSchillaci*
Katelyn Schillaci, Esq.

CC (via ECF):
Israel Klein
Pardalis & Nohavicka LLP
950 Third Avenue
11th Floor
New York, NY 10022
Email: israel@pnlawyers.com

The July 1 Status Conference is **ADJOURNED** to **Tuesday, August 4, 2026 at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

This conference will not be adjourned absent exceptionally good cause or an executed settlement agreement.

**SO ORDERED.**

Ona T. Wang                                    June 30, 2026
U.S.M.J.